| | |
|---|---|
| SOUTHWESTERN ELECTRIC POWER CO., et al.,<br><br> Petitioners,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br> Respondents. | No. 23-1765 |
| CITY UTILITIES OF SPRINGFIELD, MO,<br><br> Petitioners,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br> Respondents. | No. 23-1774 |
| ALLETE, Inc., et al.,<br><br> Petitioners,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br> Respondents. | No. 23-1776 |
| HYBAR, LLC., | |

|  |  |
|---|---|
| Petitioner, | |
| v. | No. 23-1777 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Respondents. | |
| | |
| ARKANSAS LEAGUE OF GOOD NEIGHBORS, et al., | |
| Petitioners, | |
| v. | No. 23-1778 |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Respondents. | |

**RESPONDENTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO THE MOTIONS TO TRANSFER OR DISMISS**

Respondents the United States Environmental Protection Agency and its Administrator, Michael S. Regan (collectively "EPA"), in accordance with Federal Rule of Appellate Procedure 27, respectfully move the Court for an extension of time to reply to EPA's Motions to Transfer or Dismiss ("Venue Motions") filed in each of the above-captioned cases.[1]  This motion is unopposed.  In support of this motion, EPA states as follows:

---

[1] *See* ECF No. 5270843, *Sw. Elec. Power Co. v. EPA* (No. 23-1765); ECF No. 5270869, *City Utils. of Springfield v. EPA* (No. 23-1774); ECF No. 5270865,

2

1. On April 14, 2023, Petitioners in the above-captioned cases (collectively, "Petitioners") petitioned for review of EPA's final rule disapproving 21 states' plans, including Arkansas's, Missouri's, and, in part, Minnesota's, regarding how states would address their emissions impacts to downwind states' ozone levels. Air Plan Disapprovals; Interstate Transport of Air Pollution for the 2015 8-Hour Ozone National Ambient Air Quality Standards, 88 Fed. Reg. 9336, 9338 (Feb. 13, 2023) ("Final Rule").

2. On April 28, 2023, EPA filed Venue Motions in each of the above-captioned cases.

3. Under Federal Rule of Appellate Procedure 27(a), Petitioners currently have until May 8, 2023, to file responses to the Venue Motions, and EPA's replies in support of these five Venue Motions are due currently on May 15, 2023.[2] EPA expects that all Petitioners will file responses to the Venue Motions.

4. Petitioners in two *additional* related petitions for review of the Final Rule are also scheduled to file responses to the Venue Motions on May 8, 2023. ECF No. 5267500, *Missouri v. EPA* (No. 23-1917); ECF No. 5267512, *Union Elec. Co. d/b/a Ameren Missouri v. EPA* (No. 23-1751). Pursuant to the motions briefing

---

*Allete v. EPA* (No. 23-1776); ECF No. 5270834, *Hybar v. EPA* (No. 23-1777); ECF No. 5270868, *Ark. League of Good Neighbors v. EPA* (No. 23-1778).

[2] Arkansas League of Good Neighbors filed an unopposed motion to extend its deadline to the Venue Motion until May 10, 2023, which remains pending. ECF No. 5274737, *Ark. League of Good Neighbors*.

schedules entered in those two petitions, EPA's deadline to file replies to the Venue Motion is May 18, 2023.

5. EPA requires additional time beyond May 15, 2023, to prepare its replies to the five replies currently due under Rule 27(a)(4) on May 15, 2023. EPA further believes that it would be most efficient to reply to all seven Venue Motions at the same time.[3]

6. EPA therefore respectfully requests a short extension of time to reply to the Venue Motions in the above-captioned cases, such that all Venue Motion replies will be due on May 18, 2023.[4]

7. Counsel for EPA has coordinated with counsel for Petitioners regarding this motion, who have stated that they do not oppose this request.

For all these reasons, EPA respectfully requests that this Court grant EPA an extension of time and allow EPA to reply to the Venue Motions by May 18, 2023.

Respectfully submitted,

| | |
|---|---|
| OF COUNSEL: | TODD KIM<br>Assistant Attorney General |
| ROSEMARY HAMBRIGHT KABAN<br>DANIEL P. SCHRAMM | *s/ Miranda M. Jensen* |

---

[3] EPA also believes it would be helpful and serve the interests of judicial economy to file a single, consolidated reply to all seven Venue Motions and is separately moving for leave to do so.

[4] Regardless of the Court's order on Arkansas League of Good Neighbors' extension request, EPA seeks an extension of time such that its reply to the response is due on May 18, 2023.

4

| | |
|---|---|
| U.S. Environmental Protection Agency<br>Office of General Counsel<br>Washington, D.C.<br><br><br>DATE: May 8, 2023 | MIRANDA M. JENSEN<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044<br>(202) 598-3071<br>miranda.jensen@usdoj.gov<br><br>*Counsel for Respondents* |

## CERTIFICATE OF COMPLIANE

I hereby certify that the foregoing Motion complies with Fed. R. App. P. 27(d)(2)(A) and 32(f) and (g), as it complies with typeface requirements and contains 571 words, excluding exempted portions.

Date: May 8, 2023                                *s/ Miranda M. Jensen*
                                                 MIRANDA M. JENSEN

                                                 *Counsel for Respondents*


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion was filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to all attorneys of record.

Date: May 8, 2023                                *s/ Miranda M. Jensen*
                                                 MIRANDA M. JENSEN

                                                 *Counsel for Respondents*